An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER,
Appellant,
vs.
DANIEL A. WIESNER,
Respondent.

No. 66100

**FILED**

APR 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a pro se appeal arising from a post-divorce proceeding. Eighth Judicial District Court, Clark County; Kenneth E. Pollock, Judge. Our review of this appeal reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). NRAP 3A(b) identifies certain judgments and orders from which an appeal may be taken. Appellant's notice of appeal states that appellant is appealing from a "Clerk of Court re-assignment of Judges" and does not identify an appealable judgment or order. *See* NRAP 3(c)(1)(B) (requiring the notice of appeal to designate the judgment or order being appealed). Accordingly, as we lack jurisdiction, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-11537

cc: Eighth Judicial District Court, Dept. J
DeAnn Justine Wiesner
Daniel Allan Wiesner
Eighth District Court Clerk